of Highlands, Orange County, New York, Defendant.   Jacob L. Hicks, Appellant.— Appeal dismissed.   No opinion.   Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Alexander Reguier, Respondent, v. Compagnie Generale Transatlantique, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

The United States of America, Respondent, v. John G. Pavek and Others, Appellants.— Final order affirmed, with costs.   No opinion.   Jenks, Hooker, Gaynor and Miller, JJ., concurred; Rich, J., dissented.

William Warren, Respondent, v. Degnon Contracting Company, Appellant.— Judgment of the Municipal Court reversed on the ground that the present record shows that the negligence, if any, was that of a fellow-servant of the plaintiff in removing a lid, which had been provided by the master, from the hole, and new trial ordered, costs to abide the event.   Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frank Wells, Respondent, v. Edna V. Taylor and Joseph A. Taylor, Appellants, Impleaded with Carrie Austin, Defendant.— Judgment affirmed, with costs.   No opinion.   Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

John Carr, Appellant, v. Herman Hoefer, Respondent.— Motion denied. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Lena Freiermuth, an Infant, by Charles Freiermuth, Her Guardian ad Litem, Appellant, v. Hyatt L. Marshall, Respondent.— Motion denied.   Present — Woodward, Hooker, Gaynor, Rich and Miller JJ.

In the Matter of the Application of Joseph W. Gavan for Admission to the Bar.— Application granted.   Present—Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application of Woodford Mabry for Admission to the Bar.— Application granted.   Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

In the Matter of the Application for the Removal from Office of John Rodgers, a Justice of the Peace, etc.— Report of the referee confirmed and his compensation fixed at $500, together with $37.75 disbursements.   Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of the Trustees of the Village of White Plains to Condemn Land for Sewerage Purposes.   Robert Caterson, Appellant.— Order resettled, motion granted and Messrs. Jerome A. Peck, Norman J. Marsh and Arthur J. Burns appointed commissioners.   Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Mary Koen, as Administratrix, etc., Appellant, v. The City of New York, Respondent.— Motion denied.   Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Samuel Lipschitz, Respondent, v. Jacob Sapan, Appellant.— Motion denied. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Ike Sprintz, Appellant, v. William O. Saxton, Respondent.— Motion denied on the ground that the correction desired is not necessary to enable the respondent to present his point on appeal.   Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.